THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv306

| | | |
|---|---|---|
| MELISSA ALVAREZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On June 6, 2012, the Court entered an Order severing from this action all claims asserted by the Plaintiffs, with the exception of the claims asserted by the Plaintiffs Melissa Alvarez, Art Anders, and Linda Anders. The severed Plaintiffs were given thirty (30) days to refile their claims as separate lawsuits against the Defendant or seek dismissal of their claims. [Doc. 16].

In light of the severance of Plaintiffs' claims, the Court will require the remaining Plaintiffs, Melissa Alvarez, Art Anders, and Linda Anders, to file an Amended Complaint incorporating only the factual allegations and causes of action that they intend to assert in this action.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs Melissa Alvarez, Art Anders, and Linda Anders shall file an Amended Complaint no later than **July 6, 2012**.

**IT IS FURTHER ORDERED** that the Defendant shall have thirty (30) days from service of the Amended Complaint to answer or otherwise respond.

**IT IS SO ORDERED**.

Signed: June 11, 2012

Martin Reidinger
United States District Judge