THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv306

| | |
|---|---|
| MELISSA ALVAREZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Response to Show Cause Order [Doc. 23].

Plaintiffs Linda Morard, Oliver Morard, David Whitmer, Sr., and Patricia Whitmer respond to the Court's Show Cause Order entered on August 17, 2012 by stating that dismissal of their claims without prejudice would be appropriate in light of their filing of separate actions in Morard, et al. v. Wells Fargo Bank, N.A., No. 1:12cv212 (W.D.N.C.) and Whitmer, et al. v. Wells Fargo Bank, N.A., No. 1:12cv213 (W.D.N.C.), respectively.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' claims remaining in the present action are hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED**.

Signed: August 28, 2012

Martin Reidinger
United States District Judge